UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

Rebecca A. Ottesen,
    Debtor.

Case No. 22-11270-cjf

## APPLICATION FOR REFUND OF FILING FEE

Debtor, Rebecca A. Ottesen, by her attorneys, Krekeler Law, S.C., hereby requests the Court to refund to Debtor the $350 filing fee for her Adversary Complaint against the United States Department of Education filed on December 18, 2023, Docket No. 29 ("Adversary Complaint"), for the following reasons:

1. Debtor filed the Adversary Complaint to seek relief pursuant to 11 U.S.C. § 350(b) of the Bankruptcy Code, and Rules 5010 and 4007 of the Federal Rules of Bankruptcy Procedure.

2. Debtor, through the Adversary Complaint, seeks relief through the determination of dischargeability of a debt under Rule 4007 of the Federal Rules of Bankruptcy Procedure.

3. The Bankruptcy Court Miscellaneous Fee Schedule, issued in accordance with 28 U.S.C. § 1930, states that the fee "for filing a complaint [is] $350, except… [that] this fee must not be charged if… the debtor is the plaintiff."

4. Debtor is the plaintiff in the adversary action.

5. Debtor paid the $350 filing fee at the time of filing the Adversary Complaint on December 18, 2023.

**WHEREFORE**, the Debtor respectfully requests that the Court refund Debtor the $350 filing fee for the Adversary Complaint filed on December 18, 2023.

Dated: December 22, 2023.

                          **KREKELER LAW, S.C.**

By: _____
Noe J. Rincon
State Bar No. 1124893
Attorneys for the Debtor,
Rebecca A. Ottesen